IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02381-WYD-MJW

CS CAPITAL CORP., d/b/a THE INVOICE BANKERS CORP.,

Plaintiff,

v.

TEXT-SAVINGS, LLC and
STEVEN TAMAYO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Vacate and Reschedule Scheduling/Planning Conference (Docket No. 11) is GRANTED. The scheduling conference set for November 6, 2012 at 9:30 a.m. is VACATED. The scheduling conference is RESET for December 18, 2012 at 1:30 p.m.

Date: November 5, 2012