IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02381-WYD-MJW

CS CAPITAL CORP., d/b/a THE INVOICE BANKERS CORP.,

Plaintiff,

v.

TEXT-SAVINGS, LLC and
STEVEN TAMAYO,

Defendants.

                                         MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's Motion to Vacate and Reschedule Hearing on Plaintiff's Motion for Default Judgment (Docket No. 25) is GRANTED.  The hearing set for May 14, 2013 at 1:30 p.m. is VACATED.  The hearing is RESET for May 9, 2013 at 2:00 p.m.

Date: April 3, 2013