**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**   12-cv-02381-WYD-MJW | FTR - Courtroom A-502 |
| **Date:**   May 09, 2013 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| CS CAPITAL CORP., <br> d/b/a THE INVOICE BANKERS CORP., | Andrew M. Toft |
| Plaintiff(s), | |
| v. | |
| TEXT-SAVINGS, LLC and <br> STEVEN TAMAYO, | - - - - - - - - |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **MOTION   HEARING**
**Court in Session:**   2:02 p.m.
Court calls case.  Appearance of counsel for Plaintiff.  Neither Defendants, nor any legal representative for either, appear.

The Court raises Plaintiff's Motion for Default Judgment for argument.
Statements by counsel for Plaintiff.

**It is ORDERED:**       The Plaintiff's MOTION FOR DEFAULT JUDGMENT [Docket No. **22**, filed January 29, 2013] is **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.

Hearing concluded.

**Court in recess:**   2:06 p.m.
Total In-Court Time 00:04

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.